UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SOHAIL MAYAN,

Petitioner,

v.                                      CAUSE NO. 3:26-CV-353-CCB-SJF

KRISTI NOEM, et al.,

Respondents.

## ORDER

The respondents, by counsel, filed a notice certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on April 9, 2026, under the same conditions of supervised release. ECF 13. The court entered the order granting habeas relief on April 9, 2026. ECF 11.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 11) and to close this case.

SO ORDERED on April 15, 2026

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT